Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
Dana Zokaeim (State Bar No. 307406)
Email: dzokaeim@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON CARROLL and SARAH JEAN DUPREY, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>UNITED AIRLINES, INC.,<br><br>  Defendant. | Case No.: 2:23-CV-08236-FLA-RAO<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Brandon Carroll and Sarah Jean Duprey, represented by their counsel of record at Corbett Rights, P.C. (hereinafter, "Plaintiffs"), and Defendant United Airlines, Inc. (hereinafter, "United") represented by its respective attorneys of record at Victor Rane, (collectively, the "Parties") hereby give notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

/ /

The Parties are in the process of preparing and finalizing a Settlement Agreement. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending motions/hearings and permit the Parties 90 days, through and including May 23, 2024, to finalize the settlement and file a Notice of Dismissal.

Dated: February 22, 2024

Respectfully submitted,

By: *M Cutler*
Richard A. Lazenby
Michael Cutler
Dana Zokaeim
VICTOR RANE
Attorneys for Defendant
UNITED AIRLINES, INC.