| | |
|---|---|
| 1 | Richard A. Lazenby (State Bar No. 202105) |
| 2 | Email: rlazenby@victorrane.com |
|   | Michael Cutler (State Bar No. 298875) |
| 3 | Email: mcutler@victorrane.com |
| 4 | Dana Zokaeim (State Bar No. 307406) |
|   | Email: dzokaeim@victorrane.com |
| 5 | VICTOR RANE |
| 6 | 9350 Wilshire Blvd., Suite 308 |
|   | Beverly Hills, California 90212 |
| 7 | Telephone: (310) 388-4849 |
| 8 | Facsimile: (310) 388-4869 |
| 9 | Attorneys for Defendant |
| 10 | UNITED AIRLINES, INC. |
| 11 | -and- |
| 12 | |
| 13 | Jonathan Corbett, Esq. (CA Bar No. 325608) |
|    | CORBETT RIGHTS, P.C. |
| 14 | 5551 Hollywood Blvd., Suite 1248 |
|    | Los Angeles, CA 90028 |
| 15 | Phone: (310) 684-3870 |
| 16 | FAX: (310) 675-7080 |
|    | E-mail: jon@corbettrights.com |
| 17 | |
| 18 | Attorney for Plaintiffs |
|    | BRANDON CARROLL and SARAH JEAN DUPREY |
| 19 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON CARROLL and SARAH JEAN DUPREY, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No.: 2:23-CV-08236-FLA-RAO |
| Plaintiffs, | ) ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) ) | |
| UNITED AIRLINES, INC., | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties to this action Defendant United Airlines, Inc. (hereinafter, "United") and Plaintiffs Brandon Carroll and Sarah Jean Duprey (hereinafter "Plaintiffs"), by and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party is to bear their own fees and costs.

Dated: May 28, 2024         By: /s/ Jonathan Corbett
                                Jonathan Corbett
                                CORBETT RIGHTS, P.C.

                                Attorneys for Plaintiffs
                                Brandon Carroll and Sarah Jean Duprey

Dated: May 28, 2024         By: /s/ Michael Cutler
                                Richard A. Lazenby
                                Michael Cutler
                                Dana Zokaeim
                                VICTOR RANE

                                Attorneys for Defendant
                                United Airlines, Inc.

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer of this document hereby attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.